IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

**HONORABLE MARTIN J. JENKINS**             Courtroom Clerk: **Edward Butler**

DATE: **May 15, 2007**                     Court reporter: **Not Reported**

Case Number:   **C 07-2584 MJJ**           Time in Court: 4:55 - 5:00 p.m.

Case Name:    **Binyam Negash Kifle v. Michael Chertoff, et al.**

COUNSEL FOR PLAINTIFF(S):                  COUNSEL FOR DEFENDANT(S):
**James Bennett**                          **Edward Olsen**

TYPE OF PROCEEDINGS:
Initial Status Conference re: Plaintiff's Petition for Temporary Restraining Order regarding Petition for Writ of Habeas Corpus

ORDERED AFTER HEARING:
- Petitioner explains that this matter concerns a Final Order of Deportation to Ethiopia.
- While the parties will be examining the issues of jurisdiction through briefing, the Government states and agrees that the deportation of the petitioner will be stayed.
- The Government's response is due Friday, 5/25; petitioner's reply due Friday, 6/1; the court will examine his calendar and set the hearing the week of 6/11/07 and contact the parties.

---

ORDER TO BE PREPARED BY:   Plntf ()  Deft ()  Joint ()  Court ( )

Referred to Magistrate Judge _____ for: **Settlement** in _____

(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)

CASE CONTINUED TO:       _____    for    _____

Discovery Cut-Off: _____           Expert Discovery Cut-Off: _____

Parties to Name Experts by: _____   Expert Reports to be Tendered by: _____

Designation of Supplemental/Rebuttal Experts: _____   Reports: _____

Dispositive Motion shall be heard by:   _____ **at 9:30 a.m.**

Pre-Trial Conference Date : _____ at **3:30 p.m.**

Trial Date:   _____ at **8:30 a.m.**  Set for _____ days
         Type of Trial:  ()Jury    ( )Court

Notes:

cc: