SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Acting Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BINYAM NEGASH KIFLE, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; NANCY ALCANTAR, Field Office Director, Immigration and Customs Enforcement; and ALBERTO GONZALES, Attorney General of the United States, <br><br> Respondents. | No. C 07-2584-MJJ <br><br> **STIPULATION TO EXTEND THE BRIEFING SCHEDULE AND HEARING DATE; AND [PROPOSED] ORDER** |

    Petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval to the Court, to extend the briefing schedule and the hearing date in the above-captioned matter in light of the fact that the parties are discussing a number of issues relevant to this case, including substantive and jurisdictional issues.

    Respondents' Return to Habeas Petition due:    June 5, 2007

    Petitioner's Reply:    June 12, 2007

STIPULATION TO BRIEFING SCHEDULE; AND [PROPOSED] ORDER
C-07-2584-MJJ    1

| | |
|---|---|
| Hearing: | June 19, 2007 |

Date: May 16, 2007                                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents


                                                      /s/
Date: May 16, 2007                                    JAMES TODD BENNETT, Esq.
                                                      Attorney for Petitioner


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: _____        _____
                                    MARTIN J. JENKINS
                                    United States District Judge

STIPULATION TO BRIEFING SCHEDULE; AND [PROPOSED] ORDER
C-07-2584-MJJ                          2