SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Acting Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BINYAM NEGASH KIFLE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, ) <br> Department of Homeland Security; ) <br> NANCY ALCANTAR, Field Office ) <br> Director, Immigration and Customs ) <br> Enforcement; and ALBERTO ) <br> GONZALES, Attorney General of the ) <br> United States, ) <br> ) <br> Respondents. ) <br> ) | No. C 07-2584-MJJ <br><br> **STIPULATION TO EXTEND THE BRIEFING SCHEDULE AND HEARING DATE; AND [PROPOSED] ORDER** |

Petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval to the Court, to extend the briefing schedule and the hearing date in the above-captioned matter in light of the fact that the parties are discussing a number of issues relevant to this case, including substantive and jurisdictional issues.

    Respondents' Return to Habeas Petition due:    June 5, 2007

    Petitioner's Reply:    June 12, 2007

STIPULATION TO BRIEFING SCHEDULE; AND [PROPOSED] ORDER
C-07-2584-MJJ                                             1

|   |   |
|---|---|
| Hearing: | June 19, ~~2007~~ |
|   | JUNE 21, 2007 AT 10:00 A.M. |

Date: May 16, 2007                                     Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents


_____      /s/
Date: May 16, 2007                                     JAMES TODD BENNETT, Esq.
Attorney for Petitioner


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:    JUNE 4, 2007                                 _____
                                                                      MARTIN J. JENKINS
                                                                      United States District Judge


STIPULATION TO BRIEFING SCHEDULE; AND [PROPOSED] ORDER
C-07-2584-MJJ                                              2