SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Acting Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BINYAM NEGASH KIFLE,<br><br>    Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; NANCY ALCANTAR, Field Office Director, Immigration and Customs Enforcement; and ALBERTO GONZALES, Attorney General of the United States,<br><br>    Respondents. | No. C 07-2584-MJJ<br><br>**STIPULATION TO A SECOND EXTENSION OF THE BRIEFING SCHEDULE; AND [PROPOSED] ORDER** |

Petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a second brief extension of the briefing schedule in the above-captioned case, in light of the fact that parties are continuing to have productive discussions regarding a number of issues relevant to this case, including substantive and jurisdictional issues. The parties do not request an extension of the hearing date.

Subject to approval of the Court, the parties propose the following briefing schedule:

STIPULATION TO A SECOND EXTENSION OF THE BRIEFING SCHEDULE; AND
[PROPOSED] ORDER
C-07-2584-MJJ                                   1

| | | |
|---|---|---|
| 1 | Respondents' Return to Habeas Petition due: | June 8, 2007 |
| 2 | Petitioner's Reply: | June 13, 2007 |
| 3 | Hearing: | June 21, 2007, at 10:00 a.m. |

Date: June 5, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents


Date: June 5, 2007

/s/
JAMES TODD BENNETT, Esq.
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 6/5/2007

MARTIN J. JENKINS
United States District Judge

STIPULATION TO A SECOND EXTENSION OF THE BRIEFING SCHEDULE; AND
[PROPOSED] ORDER
C-07-2584-MJJ                                   2