SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Acting Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BINYAM NEGASH KIFLE,<br><br>        Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; NANCY ALCANTAR, Field Office Director, Immigration and Customs Enforcement; and ALBERTO GONZALES, Attorney General of the United States,<br><br>        Respondents. | No. C 07-2584-MJJ<br><br>**STIPULATION TO A THIRD EXTENSION OF THE BRIEFING SCHEDULE AND HEARING DATE; AND [PROPOSED] ORDER** |

Petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval to the Court, to a third extension of the briefing schedule and the hearing date in the above-captioned matter in light of the following:

(1) The petitioner was ordered removed to Sudan by an Immigration Judge in a removal order entered on December 2, 2005.

(2) The petitioner waived his right to appeal his removal order to the Board of Immigration Appeals (BIA).

(3) The petitioner is currently detained by the United States Immigration and Customs

STIPULATION TO A THIRD EXTENSION OF SCHEDULE
C-07-2584-MJJ                                    1

1  Enforcement (ICE).

2  (4) On December 6, 2005, the Department of Homeland Security (DHS) attempted to remove
3  the petitioner to Sudan, but the Sudanese government refused to accept him.

4  (5) On February 15, 2007, the government of Ethiopia issued a travel document, which
5  allowed for the petitioner's removal.

6  (6) On March 9, 2007, the DHS informed the petitioner by letter that it intended to remove
7  him to Ethiopia, a country that was not designated in the petitioner's removal proceeding. The
8  DHS informed the petitioner that if he believed he will face persecution or torture in Ethiopia, he
9  could request protection from removal, i.e., withholding of removal under the Immigration and
10 Nationality Act and the United Nations Convention Against Torture, and that any claim for
11 protection from removal would have to be supported by evidence demonstrating prima facie
12 eligibility for withholding of removal to Ethiopia.

13 (7) The petitioner filed a motion to reopen his removal proceedings with the Immigration
14 Judge, asserting that he would be subjected to persecution and/or torture if returned to Ethiopia.

15 (8) On May 4, 2007, the Immigration Judge denied the petitioner's motion to reopen, stating
16 that it was untimely and determining that the "[petitioner's] claim based on events regarding his
17 father occurring over 27 years ago do not give rise to a prima facie claim that the respondent
18 would be tortured in Ethiopia for purposes of deferral of removal."

19 (9) The petitioner's appeal of the Immigration Judge's May 4, 2007 order is pending at the
20 BIA.

21 (10) On May 15, 2007, the petitioner filed a petition for writ of habeas corpus in this Court,
22 alleging that his removal to Ethiopia would violate his rights under the Immigration and
23 Nationality Act and the United States Constitution, and that his continued detention violates his
24 rights under the United States Constitution.

25 (11) A hearing on the habeas petition is currently scheduled for June 21st, at 10:00 a.m.

STIPULATION TO A THIRD EXTENSION OF SCHEDULE
C-07-2584-MJJ                                              2

(12)  The parties are engaged in productive discussions about a number of issues relevant to this case, including substantive and jurisdictional issues, and believe that a third, brief extension of the briefing schedule and hearing date will be beneficial to both parties.

(13)  The parties jointly apologize to the Court for the inconvenience that their third request for an extension of time creates to this Court's calendar and assert that they will not seek any further extensions barring unforeseen circumstances.

(14)  The parties propose the following schedule:

| | |
|---|---|
| Respondents' Return to Habeas Petition due: | June 15, 2007 |
| Petitioner's Reply: | June 22, 2007 |
| Hearing: | July 3, 2007 at 9:30 a.m.[1] |

Date:  June 8, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Date:  June 8, 2007

/s/
JAMES TODD BENNETT, Esq.
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 

MARTIN J. JENKINS
United States District Judge

---

[1] The parties are also available on July 5, 2007, if that date is more convenient for the Court.

STIPULATION TO A THIRD EXTENSION OF SCHEDULE
C-07-2584-MJJ                                3